**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Mykel Johnson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2016-001684

---

Appeal From Beaufort County
Brooks P. Goldsmith, Circuit Court Judge

---

Unpublished Opinion No. 2020-UP-033
Heard December 10, 2019 – Filed February 5, 2020

---

**REVERSED AND REMANDED**

---

Appellate Defender Susan Barber Hackett, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Benjamin Hunter Limbaugh, both of Columbia, for Respondent.

---

**PER CURIAM:**  Mykel Johnson filed this post-conviction relief action (PCR) arguing the PCR court erred in denying his petition on procedural grounds.  We reverse and remand pursuant to Rule 220(b), SCACR, and the following authorities: *Sloan v. Friends of Hunley, Inc.*, 393 S.C. 152, 159 n.3, 711 S.E.2d

895, 898 n.3 (2011) (indicating a concession allows the court to end the matter); *Bowaters Carolina Corp. v. Carolina Pipeline Co.*, 259 S.C. 500, 505, 193 S.E.2d 129, 132 (1972) (holding an appellate court need not pursue an issue conceded during oral arguments); *Love v. State*, 428 S.C. 231, 243-45, 834 S.E.2d 196, 202-03 (2019) (indicating "[t]he PCR court, not this [c]ourt, should make the initial factual and legal findings on [a PCR applicant's] claim for relief" even though the dissent viewed the resolution of the claim as "straightforward").

**REVERSED AND REMANDED.**

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**